**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

MRAD PHASE II, LLC, Case No.: 6:26-bk-07959-TPG

Debtor. Chapter 11
_______________________________________/

# NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Tiffany Geyer will conduct a preliminary hearing in this case on **Thursday, October 15, 2026, at 1:30 p.m.**, in the George C. Young Courthouse, Courtroom 6A, 6th Floor, 400 W. Washington Street, Orlando, Florida 32801 on the following matter:

**THE HUNTINGTON NATIONAL BANK'S EMERGENCY MOTION TO SHORTEN TIME TO PRODUCE DOCUMENTS (Doc. 22)**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/geyer or call 407-237-8111.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: October 14, 2026

AKERMAN LLP

By: */s/ Raye C. Elliott*

Raye C. Elliott, Esq.
Florida Bar Number: 018732
Email: raye.elliott@akerman.com
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

and

Christian P. George
Florida Bar Number: 41055
Email: christian.george@akerman.com
David E. Otero
Florida Bar Number: 651370
Email: david.otero@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

Attorneys for The Huntington National Bank

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2026, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/ Raye C. Elliott*
Attorney